UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,           18-CR-120-15-LJV-MJR

                                                             REPORT AND RECOMMENDATION

v.

MARCUS MARTIN BOWMAN,

                Defendant.
_____

        By Order of the Honorable Lawrence dated July 1, 2020 and filed July 2, 2020, the above case was referred to me, to hear and thereafter file a report and recommendation for disposition pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, including to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure. On July 2, 2020, the defendant consented to the entry of a guilty plea before a United States Magistrate Judge. The following is my Report and Recommendation to the defendant's plea of guilty.

        On July 2, 2020, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure and that your Honor adjudicate the defendant guilty of the offense to which the guilty plea was offered.

        **SO ORDERED.**

DATED:     July 2, 2020
                Buffalo, New York

                                              */s/ Michael J. Roemer*
                                              HONORABLE MICHAEL J. ROEMER
                                              United States Magistrate Judge