UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

MARCUS MARTIN BOWMAN,

        Defendant.

_____

18-CR-120-LJV
DECISION & ORDER

     1.  On July 2, 2020, the defendant, Marcus Martin Bowman, pleaded guilty to

a one-count superseding information charging a violation of Title 21, United States

Code, Section 846 (conspiracy to possess with intent to distribute at least 5 grams of

methamphetamine and conspiracy to distribute that substance).  Docket Item 616.

     2.  On July 2, 2020, the Honorable Michael J. Roemer, United States

Magistrate Judge, filed a Report & Recommendation recommending that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty.

Docket Item 615.

     3.  This Court has not received objections to the Report & Recommendation in

accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the

Federal Rules of Criminal Procedure, and the time to object now has expired.

     4.  This Court has carefully reviewed *de novo* Judge Roemer's

Report & Recommendation (docket item 615), the plea agreement (docket item 616),

the information (docket item 611), a transcript of the plea proceeding held via Zoom for

government (docket item 656), and the applicable law.  This Court finds no legal or

factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge

Roemer's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the superseding information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's July 2, 2020 Report & Recommendation, Docket Item 615, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Marcus Martin Bowman, is now adjudged guilty under Title 21, United States Code, Section 846.


SO ORDERED.

Dated:         November 6, 2020
               Buffalo, New York


                                        *s/Lawrence J. Vilardo*
                                        LAWRENCE J. VILARDO
                                        UNITED STATES DISTRICT JUDGE

2